New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TOWN OF CHEEKTOWAGA v. ABEND-SCHEIN et al. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by the Town of Cheektowaga against Daniel J. Abendschein and others, in which the Terminal Railway Company of Buffalo appeals.

PER CURIAM. Order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent, upon the ground that the $3,000 award is excessive.

---

TRACY DEVELOPMENT CO. v. COLUMBIA DISTILLING CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by the Tracy Development Company against the Columbia Distilling Company and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellants to plead over within 20 days, upon payment of the costs of the demurrer and this appeal. Motion for leave to appeal to Court of Appeals granted. 145 N. Y. Supp. 1148.

---

TRACY DEVELOPMENT CO. v. COLUMBIA DISTILLING CO. et al. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by the Tracy Development Company against the Columbia Distilling Company and others. No opinion. Motions for leave to appeal to Court of Appeals (from 145 N. Y. Supp. 1148) granted, and questions for review certified.

---

TRADERS' NAT. BANK OF ROCHESTER, Respondent, v. SIMON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by the Traders' National Bank of Rochester against Michael C. Simon. No opinion. Order modified, by striking out the allegation complained of in the first cause of action, and, as so modified, the order is affirmed, without costs of this appeal to either party.

---

TRAITEL MARBLE CO. v. BROWN BROS., Inc. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Traitel Marble Company against Brown Brothers, Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1148.

---

28TH ST. & 7TH AVE. REALTY CO. v. HIRSCH et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the 28th Street & 7th Avenue Realty Company against Samuel Hirsch and others. No opinion. Application denied, with $10 costs. Order signed.

---

UNION BANK OF BROOKLYN, Appellant, v. SULLIVAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by the Union Bank of Brooklyn against David A. Sullivan and others. No opinion. Judgment modified, by striking out the words "upon the merits," and, as so modified, affirmed, without costs.

---

In re UNION ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the application of the City of New York relative to acquiring title, etc., for Union Street, etc. No opinion. Motions denied, without costs.

---

UVALDE ASPHALT PAVING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by the Uvalde Asphalt Paving Company against the City of New York. E. M. Grout, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VAN ALEN, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Florence C. Van Alen against the Staten Island Midland Railway Company. B. W. Eadie, for appellant. H. S. Austin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VAN TASSEL et al., Appellants, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Ambrose Van Tassel and another against Alonzo Brown and others.

PER CURIAM. Order modified, so as to direct the partition sale to be completed, but to permit the defendant Alonzo Brown, upon payment of $30 costs, to interpose an answer setting up the equitable claim, if any, that he might have upon the proceeds of the sale of the property in suit, by reason of any improvements made by him thereon, and, as thus modified, the order is affirmed, without costs.

---

VAN TUYL v. HAEBLER et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by George C. Van Tuyl, Jr., as superintendent, etc., against E. Theodore Haebler, impleaded with others. No opinion. Motion granted. Question certified as stated in order. Order filed.

---

VAN TUYL v. JESUP et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by George C. Van Tuyl, Jr., against Edward N. Jesup, impleaded. No opinion. Motion granted. Question certified as stated in order. Order filed.

---

VAN TUYL v. PEOPLE'S SURETY CO. et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action